# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0507

_____

IMMANUEL LUTHERAN CHURCH
OF PENSACOLA, INC.,

  Petitioner,

  v.

CODE ENFORCEMENT OFFICE OF
THE CITY OF PENSACOLA,

  Respondent.

_____

Petition for Writ of Certiorari—Original Proceedings.


June 25, 2025


PER CURIAM.

  DISMISSED. *See Boulineau v. Dep't of Highway Safety & Motor Vehicles*, 247 So. 3d 660, 661 (Fla. 1st DCA 2018).

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gary W. Huston of Gary Huston, PLLC, Pensacola, for Petitioner.

No appearance for Respondent.